**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7233**

EDWARD W. JEFFERSON,

Plaintiff - Appellant,

v.

WARDEN J. PHILLIP MORGAN; ASSISTANT WARDEN FRANK B. BISHOP;
LIEUTENANT LIKIN; MICHAEL P. THOMAS; SERGEANT BERRY;
SERGEANT ANGLE; OFFICER BRONSON BECKER, Commissary; OFFICER
KNIGHT, Commissary; STEVEN, Registered Nurse; OFFICER N.
ALEXANDER, Correctional Officer II; DANIEL ANDREWS; OFFICER
GEIGER, Correctional Officer II; OFFICER HETZ, Correctional
Officer; OFFICER G. WILSON, Correctional Officer II; OFFICER
FODELY, Correctional Officer II,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Senior District
Judge. (1:11-cv-02066-JFM)

Submitted: November 20, 2012          Decided: November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Edward W. Jefferson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Jefferson's motion for appointment of counsel and affirm for the reasons stated by the district court. See Jefferson v. Warden Morgan, No. 1:11-cv-02066-JFM (D. Md. July 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2